OPINION OF THE COURT
 

 Order reversed, with costs, for the reasons stated in the dissenting opinion by Mr. Justice Richard D. Simons at the Appellate Division insofar as it relates to the finding of discrimination (68 AD2d 692, 701-704; see, also,
 
 Matter of Schweitzer Aircraft Corp. v State Div. of Human Rights,
 
 48 NY2d 294); and the matter remitted to the Appellate Division, Fourth Department, with directions to remand to the State Division of Human Rights for consideration of the affirmative action directed in its order in light of present circumstances, as we do not pass on the affirmative relief directed.
 

 Concur: Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer.